8531a

STATE *EX REL.* SHERFESEE v. McMASTER, INSURANCE COMMISSIONER.

Ruled by the case of *State Ex Rel. Phoenix Mutual Insurance Co. v. McMaster, Insurance Commissioner, ante.*

Petition in the original jurisdiction of this Court by Louis Sherfesee and Frank F. Covington for writ of mandamus against Fitz H. McMaster, as Insurance Commissioner of South Carolina.

*Messrs. Mordecai & Gadsden, Rutledge & Hagood,* for petitioner.

*Attorney General J. Fraser Lyon,* contra.

March 15, 1913. The opinion of the Court was delivered by

Mr. Chief Justice Gary. This case was heard in connection with the case of The State of South Carolina, *Ex Relatione* Phoenix Mutual Life Insurance Company, a body corporate under the laws of the State of Connecticut, having its principle place of business in the city of Hartford, in the State of Connecticut, and duly licensed to do business in the State of South Carolina, petitioner, against Fitz H. McMaster, as Insurance Commissioner of the State of South Carolina, respondent, in which the opinion has just been filed.

The facts in the two cases are similar, and the reasons assigned in that case are conclusive of the questions in this case.

It is, therefore, the judgment of this Court that the application for a writ of mandamus be refused, and the appeal dismissed.